```
1  PAUL V. SIMPSON, BAR NO. 83878
   Psimpson@sgijlaw.com
2  KENDALL M. BURTON, BAR NO. 228720
   KBurton@sgijlaw.com
3  SIMPSON, GARRITY, INNES & JACUZZI
   601 Gateway Blvd, Suite 950
4  South San Francisco, CA 94080
   Tel: (650) 615-4860
5  Fax: (650) 615-4861
6
7  Attorneys for Defendant
   Kenneth Maldonado
8
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH MALDONADO, an individual,<br><br>Defendant. | Case No. CV 10 461- JF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1), that Plaintiff's International Brotherhood of Electrical Workers District 9 Pension Plan; Northern California-Northern Nevada Sound & Communication District No. 9 Health & Welfare Trust Fund; Northern California-Northern Nevada Sound & Communication District No. 9

1 | Apprenticeship & Training Committee; John O'Rourke, as Trustee and Defendant Kenneth
2 | Maldonado hereby stipulate to dismiss the above-captioned matter with prejudice.
3 |     This stipulation and dismissal completely terminates the above-entitled action against all
4 | parties. Each party will bear its/her own attorneys' fees and costs.
5 |     The parties hereto also request that this court retain jurisdiction in order to enforce the
6 | terms and conditions of the settlement and release.

Date: 8/27, 2010

Respectfully submitted,

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: _____
PAUL V. SIMPSON
KENDALL M. BURTON
Attorneys for Defendant
Kenneth Maldonado

Date: 9/3, 2010

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
RICHARD K. GROSBOLL, ESQ.
BENJAMIN K. LUNCH, ESQ.
SONYA M. GORDON, ESQ.
Attorneys for Plaintiffs
International Brotherhood of Electrical Workers
District 9 Pension Plan; Northern California-Northern
Nevada Sound & Communication District No. 9
Health & Welfare Trust Fund; Northern California-
Northern Nevada Sound & Communication District
No. 9 Apprenticeship & Training Committee; John
O'Rourke, as Trustee of the Above,

## ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: 9/7/10

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE